No. 328. BENO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *W. Paul Flynn, Bernard P. Kopkind* and *Charles L. Flynn* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 334. LOCAL UNION No. 12405, DISTRICT 50, UNITED MINE WORKERS, ET AL. v. MARTIN MARIETTA CORP. ET AL. C. A. 7th Cir. Certiorari denied. *Bernard M. Mamet* for petitioners. *Mitchell S. Rieger* and *W. Donald McSweeney* for Martin Marietta Corp., and *Owen Rall* for District 50, United Mine Workers of America, respondents.

No. 335. R. H. WRIGHT, INC., ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Richard M. White* and *Thomas H. Anderson* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *Lionel Kestenbaum* for the United States.

No. 338. BINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Richard R. Booth* for petitioner. *Solicitor General Cox; Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 103. TWENTIETH CENTURY-FOX FILM CORP. ET AL. v. GOLDWYN ET AL., DOING BUSINESS AS GOLDWYN PRODUCTIONS. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. *Frederick W. R. Pride, Charles F. Young* and *Arthur B. Dunne* for petitioners. *Joseph L. Alioto, George Slaff* and *Maxwell Keith* for respondents.